**Date:** 9/23/26 **Case:** 1:26-mj-372 **Time:** 2:07-2:10 p.m.

**Judge: William E. Fitzpatrick**

**Tape/Courtroom: FTR/500** **Court Reporter:**

**Hearing:** R5/R40

**Eastern District of Virginia**
**Alexandria Division**
**United States of America**
**v.**
Waleed Gaffar Elderini

**Participants**
**USA**: Edward Ramirez

**Defense Counsel**: Nate Wenstrup

**Court to appoint counsel**: **Interpreter**: ☐Conflict

**Language**:

☐Defendant did not appear ☐Warrant to be issued upon probable cause statement
☐Government motion to continue hearing – GRANTED

**Advisement**

x-Rule 5 ☐Due Process Protections Act

**Dismissal**

☐Case dismissed with prejudice ☐Case dismissed without prejudice

**Plea**

☐ Consent to trial before a USMJ (orally) Plea entered, Court accepts plea
Plea of Guilty to Count(s): ☐Dismissal of Count(s):

☐ Sentence:

☐ Order setting conditions of release

**Trial**

Matter set for bench trial: ☐Matter set for jury trial:
☐Motions due : ☐Responses due:
Govt adduced evidence and rests Trial held and completed
☐Not Guilty of Count(s): Guilty of Count(s):
☐Dismissal of Count(s): Deft advised of appeal rights
Sentence:

**Future Proceedings**

**Notes:** USA seeks detention-Granted. Deft waives the Identity Hearing and requests to address the matter in the charging district-Granted. The deft is remanded to USMS custody to be transported to the Western District of Virginia.